January 27, 1911.) Proceeding by the People of the State of New York against Frederick C. Santanello. No opinion. Motion granted. Case set down for January 31st.

PEOPLE, Respondent, v. SARRO, Appellant. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Proceeding by the People of the State of New York against Gustavo Sarro. No opinion. Judgment of conviction of the County Court of Nassau County affirmed.

PEOPLE ex rel. ABRAHAM et al., Respondents, v. PERLEY et al., State Board of Tax Com'rs, Appellants. (Supreme Court, Appellate Division, Second Department. February 17, 1911.) Proceeding by the People of the State of New York, on the relation of Abraham Abraham and others, against Frank F. Perley, and others, constituting the State Board of Tax Commissioners. No opinion. Final order (67 Misc. Rep. 471, 123 N. Y. Supp. 436) affirmed, with $10 costs and disbursements.

PEOPLE ex rel. ASTOR, Appellant, v. STILLINGS et al., Respondents. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Proceeding by the People of the State of New York, on the relation of William W. Astor, against William E. Stillings and others. B. E. V. McCarty, for appellant. C. J. Nehrbas, for respondents. No opinion. Order (68 Misc. Rep. 55, 124 N. Y. Supp. 929) affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. BANNON, Respondent, v. PRENDERGAST, Comptroller, et al., Appellants. (Supreme Court, Appellate Division, First Department. February 24, 1911.) Proceeding by the People of the State of New York, on the relation of John . S. Bannon, against Wm. H. Prendergast, as Comptroller, and others. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. BARNET, Appellant, v. FOSDICK, Com'r. Respondent. (Supreme Court, Appellate Division, First Department. January 13, 1911.) Proceeding by the People of the State of New York, on the relation of Emanuel Barnet, against Raymond B. Fosdick, as Commissioner. L. Levy, for appellant. C. L. Barber, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. BERGAN, Respondent, v. PRENDERGAST, Comptroller, et al., Appellants. (Supreme Court, Appellate Division, First Department. February 24, 1911.) Proceeding by the People of the State of New York, on the relation of Frank T. Bergan, against Wm. H. Prendergast, as Comptroller, and others. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

127 N.Y.S.—72

PEOPLE ex rel. BROWN v. TIGHE. (Supreme Court, Appellate Division, Second Department. January 13, 1911.) Proceeding by the People of the State of New York, on the relation of Max Brown, against James G. Tighe, etc. No opinion. Motion for stay granted. See, also, 125 N. Y. Supp. 1138.

PEOPLE ex rel. BUSHNELL et al., Appellants, v. VAN DEUSEN et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) Proceeding by the People of the State of New York, on the relation of Walter Bushnell and others, against Arthur Van Deusen, Town Superintendent, and H. D. Cornell, Town Clerk, of the Town of Hillsdale, in the County of Columbia, N. Y. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. BUTLER et al., Respondents, v. OUDERKIRK et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) Proceeding by the People of the State of New York, on the relation of Helen C. Butler and others, against Isaac Y. Ouderkirk and others, as Assessors of the town of Saratoga Springs. No opinion. Final order or judgment modified, by striking out provision as to extra allowance, and, as modified, unanimously affirmed, without costs.

PEOPLE ex rel. De FRECE v. LATHERS et al. (Supreme Court, Appellate Division, Second Department. January 13, 1911.) Proceeding by the People of the State of New York, on the relation of Sophie B. De Frece, against Richard Lathers and others. No opinion. Motion denied, without costs. See, also, 141 App. Div. 16, 125 N. Y. Supp. 753.

PEOPLE ex rel. DIBBINS, Respondent, v. PRENDERGAST, Comptroller, et al., Appellants. (Supreme Court, Appellate Division, First Department. February 24, 1911.) Proceeding by the People of the State of New York, on the relation of Thomas H. Dibbins, against Wm. H. Prendergast, as Comptroller, and others. C. McIntyre, for appellants. J. T. Mahoney, for respondent. No opinion. Order affirmed, with $10 cost and disbursements. Order filed.

PEOPLE ex rel. FELLS v. MUNICIPAL COURT OF CITY OF NEW YORK, BOROUGH OF BROOKLYN, SECOND DISTRICT, et al. (Supreme Court, Appellate Division. Second Department. January 13. 1911.) Proceeding by the People of the State of New York, on the relation of Herman Fells, against the Municipal Court of the City of New York, Borough of Brooklyn, Second District, and John R. Farrar, as a Justice of said court. No opinion. Motion granted, without costs.

PEOPLE ex rel. INTERBOROUGH RAPID TRANSIT CO., Appellant, v. O'DONNEL et al., Com'rs, Respondents. (Supreme Court,